# United States District Court
## Northern District of Texas
### Dallas Division

2015 NOV 12 PM 3:49

DEPUTY CLERK _aaa_

UNITED STATES OF AMERICA

V.

Christopher Alexander
aka "Bear"

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:14-CR-367-B (35)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Christopher Alexander _____

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Possess with Intent to Distribute a Controlled Substance; Possession of a Controlled Substance with Intent to Distribute.

in violation of Title   21; 18 _____

United States Code, Section(s)

846 and 2; 841(a)(1) and (b)(1)(C); and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

U.S. Magistrate Judge Paul D. Stickney
Judge

11/5/2015
Date

Dallas, TX
Location

s/A. Lowe
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

10318 Davilla Dallas, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/10/15 | Bob Powell, TX DPS SA | |