UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | §<br>§<br>§ | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:14-CR-367-B(35) |
| | § | |
| CHRISTOPHER ALEXANDER, | § | |
|   Defendant. | § | |

## SCHEDULING ORDER FOR SENTENCING

The Court adopts the following schedule for sentencing in this case:

1. The **PRESENTENCE REPORT** must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the Government by or before **July 21, 2016**.

2. **WRITTEN OBJECTIONS** to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by or before **August 4, 2016**.

3. If written objections to the Presentence Report have been timely made, the Probation Office must disclose any **ADDENDUM** to the Presentence Report by or before **August 11, 2016**.

4. **WRITTEN OBJECTIONS TO THE ADDENDUM** must be delivered to the Court and the Probation Officer by or before **August 18, 2016**.

5. Any motion regarding **DOWNWARD OR UPWARD DEPARTURES or VARIANCES** from the advisory guidelines must be filed at least 14 days before sentencing. All such motions must be RESPONDED TO in WRITING at least 7 days before sentencing.

6. PLEASE NOTE: Should counsel for the defendant desire to be present for the

initial interview between the defendant and the U.S. Probation Officer, counsel must arrange to do so within three government business days from the date of this Order.

In any case which 18 U.S.C. §§ 3663-64 apply, counsel for the government shall provide to the U.S. Probation Officer, no later than five government business days from the date of this Order, all information necessary for the officer to comply with crime victim restitution requirements.

7. Sentencing will be on **August 25, 2016 at 1:30 PM.**

8. If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

9. Questions about this scheduling order or about any other matters related to this case should be directed to Judge Boyle's courtroom deputy by calling **(214) 753-2740** and then pressing the option for "criminal cases." If, upon pressing the "criminal cases" option, the phone goes to voice-mail, please leave a message (include the case name and number, as well as your name and number and that of opposing counsel) which will be transmitted as an e-mail to Judge Boyle's staff. Alternatively, you can e-mail the Court regarding your case at **Boyle_Criminal@txnd.uscourts.gov**. If you choose to e-mail the Court, include the case name

and number, as well as your name and number. *You must copy opposing counsel* on your e-mail to the Court. If you do not copy opposing counsel, you will not receive a response to your e-mail.

**SO ORDERED**.

Signed this April 22, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE